UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAVEL KOVALENKO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.: 1:17-cv-00166- JLT<br><br>ORDER DIRECTING PLAINTIFF TO FILE AN AMENDED MOTION TO PROCEED IN FORMA PAUPERIS |

　　　　Pavel Kovalenko seeks to proceed *in forma pauperis* in this action. (Doc. 3) The Court may authorize the commencement of an action without prepayment of fees "by a person who submits an affidavit that includes a statement of all assets such person . . . possesses [and] that the person is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a).  The Court has reviewed the application and the information provided is insufficient to determine whether Plaintiff satisfies the requirements of 28 U.S.C. § 1915(a).

　　　　According to his application, Plaintiff is not employed and had no income for the past twelve months.  (Doc. 3 at 1)  Plaintiff indicates he does not possess real estate, stocks, bonds, securities, other financial instruments, an automobile, or other things of value—and has no money in a bank account. (*Id.* at 2)  In addition, Plaintiff indicates he does not have any financial responsibilities including housing or transportation.  (*Id.*)  Consequently, the Court is unable to determine if Plaintiff is supporting himself, or if he is dependent upon another individual who could pay the filing fee.

1   Accordingly, Plaintiff is **ORDERED** to file, within fourteen days of this order, an application
2  that includes information on how Plaintiff is supporting himself, or his dependence on another. Upon
3  receipt of this information, the Court will resume consideration of Plaintiff's motion to proceed *in*
4  *forma pauperis*.  Plaintiff is warned that failure to comply with this order may result in denial of his
5  application to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated:   **February 8, 2017**                  **/s/ Jennifer L. Thurston**
                                               UNITED STATES MAGISTRATE JUDGE