# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAVEL KOVALENKO, <br><br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL, <br> Acting Commissioner of Social Security, <br><br> Defendant. | Case No.: 1:17-cv-0166 - JLT <br><br> ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED NOVEMBER 20, 2017 |

On November 20, 2017, the Court issued an order to Plaintiff to show cause why the action should not be dismissed for failure to comply with the Court's order to serve a confidential letter brief upon the defendant in his action. (Doc. 15) On December 4, 2014, Plaintiff timely filed a response to the Court's order, indicating his confidential letter brief was served upon the defendant. (Doc. 16) Accordingly, the order to show cause dated November 20, 2017 (Doc. 16) is **DISCHARGED**.

IT IS SO ORDERED.

Dated: **December 8, 2017**                   **/s/ Jennifer L. Thurston**
                                                                UNITED STATES MAGISTRATE JUDGE

1