# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAVEL KOVALENKO, <br><br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL, <br> Acting Commissioner of Social Security, <br><br> Defendant. | Case No.: 1:17-cv-0166- JLT <br><br> ORDER GRANTING EXTENSION OF TIME <br><br> (Doc. 19) |

The parties have stipulated for Plaintiff to have an extension of time to file an opening brief in the action. (Doc. 19) Notably, the Scheduling Order permits a single thirty-day extension by the stipulation of parties (Doc. 10-1 at 4), and this is the first extension requested by either party. Accordingly, the Court **ORDERS**:

1. The request for an extension of time is **GRANTED**; and
2. Plaintiff **SHALL** file an opening brief no later than **February 12, 2018**.

IT IS SO ORDERED.

Dated: **February 8, 2018**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE