# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAVEL KOVALENKO, ) | Case No.: 1:17-cv-0166 - JLT |
| ) | |
| Plaintiff, ) | ORDER SETTING A BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR ATTORNEY FEES |
| ) | |
| v. ) | |
| ) | (Doc. 31) |
| NANCY A. BERRYHILL, ) Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

On August 28, 2018, Plaintiff filed a motion for attorney's fees pursuant to the Equal Access for Justice Act, 28 U.S.C. §2412 and the Social Security Act, 42 U.S.C. §406(b). (Doc. 31) Because the matter is not set for hearing, no filing deadlines were triggered for the Commissioner. Accordingly, the Court **ORDERS**:

1. Any opposition to the motion, or a notice of non-opposition, **SHALL** be filed no later than **September 21, 2018**; and
2. Any brief in reply **SHALL** be filed no later than **September 28, 2018**.

IT IS SO ORDERED.

Dated: **August 31, 2018**          **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE

1