# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAVEL KOVALENKO, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NANCY A. BERRYHILL, ) <br> Acting Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> ) | Case No.: 1:17-cv-0166 - JLT <br><br> ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

On September 14, 2018, Pavel Kovalenko and Nancy A. Berryhill, Acting Commissioner of Social Security, stipulated for the award and payment of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. §§ 2412(d), 1920. (Doc. 33) Accordingly, the Court **ORDERS**:

1. Subject to the terms of the parties' stipulation, fees in the amount of $5,000.00 are **AWARDED** to Plaintiff, Pavel Kovalenko; and

2. Plaintiff's motion for attorney fees (Doc. 31) is terminated as **MOOT**.

IT IS SO ORDERED.

Dated: **September 18, 2018**   **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE